IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CECIL E. LASSETER and<br>MARGARET S. LASSETER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | CASE NO. 2:11-cv-1106-MEF |
| P. SCOTT LOWERY, P.C., | )<br>)<br>) | |
| Defendant. | ) | |

**O R D E R**

The parties have filed a Stipulation of Dismissal (Doc. # 11) that complies with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

DONE this the 21st day of March, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE